**RECEIVED**
IN ALEXANDRIA, LA.

AUG 3 1 2009

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NATHANIEL KEITH SINGLETON | : | DOCKET NO. 2:08-cv-1152 |
| VS. | : | JUDGE TRIMBLE |
| OFFICER AND CPL. A. CRAWFORD, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as time-barred and therefore frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

ALSO ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _31st_ day of _August_, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE